UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRANDON R. SHELL,

Defendant.

Case No. MJ09-243

**DETENTION ORDER**

Offense charged:

Felon in Possession of a Firearm.

Possession with Intent to Distribute Cocaine Base in the form of Crack.

Date of Detention Hearing: May 20, 2009.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

Defendant has a long criminal history extending back to 1997 with convictions for theft,

DETENTION ORDER -1

assault, felony drug violations, obstruction, and unlawful possession of a firearm. According to the Washington Department of Corrections, defendant's performance on supervision has been poor. In addition, he has a pending felony drug charge in St. Louis Missouri. The defense proffered that defendant has done well in the King County Jail work release program and that defendant should be released because this shows defendant is not a flight risk. However, the government proffered that while defendant was in the King County Jail, he engaged in obstructive conduct in this case by attempting to pay someone to take responsibility for the crime.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshall, and to the United States Pretrial Services Officer.

DATED this 20th day of May, 2009.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge